# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149222(71)

JOSE A. RODRIGUEZ,
      Plaintiff-Appellee,

v

FEDEX FREIGHT EAST, INC., RODNEY
ADKINSON, LAURA BRODEUR,
MATTHEW DISBROW, WILLIAM D.
SARGENT, and HONIGMAN MILLER
SCHWARTZ and COHN, LLP,
      Defendants-Appellants.
_____/

SC: 149222
COA: 312187
Wayne CC: 09-028366-NO

On order of the Court, the motion for reconsideration is considered, and it is DENIED.

Young, C.J. (*concurring*).

I concur in this order of denial because I believe that this motion for reconsideration was entirely meritless and vexatious. I would, therefore, have sanctioned both the plaintiff and his attorney $1,000 for violating MCR 7.316(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2015



Clerk